**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK ENNIS, ) | Case No.: 13-CV-00233-LHK |
| Plaintiff, ) | |
| v. ) | ORDER RE CASE CONSOLIDATION |
| ) | |
| FELD ENTERTAINMENT, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

    Defendants' Motion to Dismiss is currently set for a hearing on September 19, 2013. Given that the related lawsuit, *Campbell v. Feld Entertainment Inc. et al*, Case No. 12-04233-LHK, raises similar factual and legal issues to those raised in this action, the parties in both lawsuits are hereby ORDERED to meet and confer regarding their willingness to consolidate these cases. *See* Fed. R. Civ. P. 42(a)(1) ("If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions[.]"). By Monday, June 17, 2013, the parties shall file a joint status report regarding their willingness to consolidate this case with *Campbell v. Feld Entertainment Inc. et al*, Case No. 12-04233-LHK.

**IT IS SO ORDERED.**

Dated: June 13, 2013

                                              _____
                                              LUCY H. KOH
                                              United States District Judge

Case No.: 13-CV-00233-LHK
ORDER RE CASE CONSOLIDATION