1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SHANNON CAMPBELL,

                Plaintiff,

    v.

FELD ENTERTAINMENT, INC., and
MICHAEL STUART,

                Defendants.

MARK ENNIS,

                Plaintiff,

    v.

FELD ENTERTAINMENT, INC., and
MICHAEL STUART,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Nos.: 12-CV-04233-LHK
13-CV-00233-LHK

**VERDICT FORM**

**IT IS SO ORDERED.**

Dated: February 24, 2015

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
VERDICT FORM

1

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below. For each Yes or No question, please circle your answer.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**Shannon Campbell – Ralph Act Claim, Cal. Civ. Code § 51.7**

1. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Ralph Act violation(s) as to Plaintiff Shannon Campbell?

   Yes           No

2. Is Defendant Michael Stuart liable for a Ralph Act violation as to Plaintiff Shannon Campbell?

   Yes           No

**Mark Ennis – Ralph Act Claim, Cal. Civ. Code § 51.7**

3. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Ralph Act violation(s) as to Plaintiff Mark Ennis?

   Yes           No

4. Is Defendant Michael Stuart liable for a Ralph Act violation as to Plaintiff Mark Ennis?

   Yes           No

**Shannon Campbell – Bane Act Claim, Cal. Civ. Code § 52.1**

5. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Bane Act violation(s) as to Plaintiff Shannon Campbell?

   Yes           No

6. If you answered Yes to Question 5, please identify the number of Bane Act violations for which Feld Entertainment, Inc. is liable.

   _____

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
VERDICT FORM

*United States District Court*
*For the Northern District of California*

7. Is Defendant Michael Stuart liable for a Bane Act violation as to Plaintiff Shannon Campbell?

   Yes          (No)

## Mark Ennis – Bane Act Claim, Cal. Civ. Code § 52.1

8. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Bane Act violation(s) as to Plaintiff Mark Ennis?

   Yes          (No)

9. If you answered Yes to Question 8, please identify the number of Bane Act violations for which Feld Entertainment, Inc. is liable.

   _____

10. Is Defendant Michael Stuart liable for a Bane Act violation as to Plaintiff Mark Ennis?

    Yes          (No)

## Shannon Campbell – Battery

11. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a battery or batteries as to Plaintiff Shannon Campbell?

    Yes          (No)

12. If you answered Yes to Question 11, was Feld Entertainment, Inc., through the actions of its employees while acting within the scope of their employment, acting in self-defense?

    Yes          No

13. Is Defendant Michael Stuart liable for a battery as to Plaintiff Shannon Campbell?

    Yes          (No)

14. If you answered Yes to Question 13, was Michael Stuart acting in self-defense?

    Yes          No

United States District Court
For the Northern District of California

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
VERDICT FORM

3

1

**Mark Ennis – Battery**

2

15. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a battery or batteries as to Plaintiff Mark Ennis:

3

4

    (a) On August 7, 2012, in Oakland, California?

5

    Yes       No

6

    (b) On August 18, 2012, in San Jose, California?

7

    Yes       No

8

16. If you answered Yes to Question 15(a), was Feld Entertainment, Inc., through the actions of its employees while acting within the scope of their employment, acting in self-defense on August 7, 2012, in Oakland, California?

9

10

    Yes

11

17. Is Defendant Michael Stuart liable for a battery as to Plaintiff Mark Ennis on August 7, 2012, in Oakland, California?

12

13

    Yes       No

14

18. If you answered Yes to Question 17, was Michael Stuart acting in self-defense on August 7, 2012, in Oakland, California?

15

16

    Yes       No

17

**Shannon Campbell – Assault**

18

19. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for an assault(s) as to Plaintiff Shannon Campbell?

19

20

    Yes       No

21

22

20. Is Defendant Michael Stuart liable for an assault as to Plaintiff Shannon Campbell?

23

    Yes       No

24

25

26

27

28

4

**Shannon Campbell – Damages**

**Answer the questions below if you answered Yes to any of the following: Questions 1, 2, 5, 7, 11 (only if you also answered No to Question 12), 13 (only if you also answered No to Question 14), 19, or 20.  If you did not, proceed below to the section entitled "Mark Ennis – Damages."**

21. What amount, if any, do you award Shannon Campbell as damages?

$_____

**Mark Ennis – Damages**

**Answer the questions below if you answered Yes to any of the following: Questions 3, 4, 8, 10, 15(a) (only if you also answered No to Question 16), 15(b), or 17 (only if you also answered No to Question 18).  If you did not, stop here and have the Presiding Juror sign and date this form.**

22. What amount, if any, do you award Mark Ennis as damages?

$_____

You have now reached the end of this Verdict Form and should review it to ensure it accurately reflects your unanimous determinations.  The Presiding Juror should then sign and date the Verdict Form in the spaces below and notify the Bailiff that you have reached a verdict.  The Presiding Juror should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

DATED: 25 Feb , 2015       By: _____
                                 Presiding Juror

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
VERDICT FORM